No. 5744.—Pueblo, apldo. v. Cabilla, aplte.—C. D. Arecibo. ■ ■ Abril 12, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Siendo el único error señalado por el apelante el de que la corte de distrito cometió manifiesto error al apreciar la prueba, examinado éste a la luz de los alegatos y no existiendo a nuestro juicio tal error, se confirma la sentencia apelada que dictó la Corte de Distrito de Arecibo en octubre 8, 1934.

No. 5722.—Pueblo, apldo. v. Otero, aplte.—C. D. Bayamón. ■ ■ Abril 17, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, acusado Julio Otero de haber acometido y agredido a José Claudio, fué condenado por la Corte Municipal de Vega Baja y habiendo apelado para ante la Corte de Distrito de Bayamón, celebrado el juicio de nuevo, la Corte lo declaró culpable y le impuso cincuenta dólares de multa;

Por cuanto, no conforme, apeló para ante este Tribunal Supremo señalando como único error en su alegato el cometido a su juicio por la Corte de Distrito al apreciar la prueba; y

Por cuanto, la prueba practicada no se ha elevado a este Tribunal, no habiendo el acusado apelante colocado a esta Corte en condiciones de resolver si el error señalado fué o no cometido;

Por tanto, se declara no haber lugar al recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de Bayamón el 10 de diciembre de 1934.